UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES T. RICHARDS, | * |
| Plaintiff, | * |
| v. | * Civil Action No. 13-cv-13092-IT |
| MERRIAM WEBSTER, INC., | * |
| Defendant. | * |

JUDGMENT

October 1, 2014

TALWANI, D.J.

Pursuant to the court's Memorandum and Order issued on September 26, 2014, ALLOWING Defendant's Motion for Summary Judgment [#33], judgment is hereby entered in favor of Defendant, Merriam-Webster, Inc. This case is CLOSED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge